**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CAROLYN SIMPSON, NICHOLAS**
**SIMPSON, and CHRISTIAN SIMPSON**                                    **PLAINTIFFS**

**v.**                                    **Case No. 4:19-cv-00501-KGB**

**EUGENE HUNT, CHRISTINE**
**HOPKINS, and GINA SANDERS-DAVIS**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiffs Carolyn Simpson, Nicholas Simpson, and Christian Simpson's amended complaint is dismissed without prejudice (Dkt. No. 8). The Court denies the requested relief.

It is so adjudged this 2nd day of July, 2021.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge